| | |
|---|---|
| 1 | **BOIES SCHILLER FLEXNER LLP**<br>David Boies (Admitted *Pro Hac Vice*) |
| 2 | dboies@bsfllp.com<br>333 Main Street |
| 3 | Armonk, New York  10504<br>Telephone:  (914) 749-8200 |
| 4 | Facsimile:  (914) 749-8300 |
| 5 | **KENDALL BRILL & KELLY LLP**<br>Robert E. Dugdale (167258) |
| 6 | rdugdale@kbkfirm.com<br>Nicholas F. Daum (236155) |
| 7 | ndaum@kbkfirm.com<br>Nicole M. Cambeiro (313433) |
| 8 | ncambeiro@kbkfirm.com<br>10100 Santa Monica Blvd., Suite 1725 |
| 9 | Los Angeles, California 90067<br>Telephone: (310) 556-2700 |
| 10 | Facsimile:   (310) 556-2705 |
| 11 | Attorneys for Defendants ABS Healthcare<br>Services, LLC, Health Option One, LLC, |
| 12 | and My Agent Solution, LLC |
| 13 | (Additional counsel listed on the following page) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | | |
|---|---|---|
| 17 | MCLAREN INSURANCE<br>SOLUTIONS, LLC, a California | Case No. 2:21-cv-06066-MWF (AFM) |
| 18 | limited liability company, and MAXIM<br>HEALTH, INC., a California | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| 19 | corporation, | |
| 20 | Plaintiffs, | Hearing Date:  November 1, 2021<br>Hearing Time: 10:00 am |
| 21 | v. | Judge:   Hon. Michael W. Fitzgerald<br>Location:  Courtroom 5A |
| 22 | ABS HEALTHCARE SERVICES,<br>LLC, a Florida limited liability | |
| 23 | company, HEALTH OPTION ONE,<br>LLC, a Florida limited liability | |
| 24 | company, MY AGENT SOLUTION,<br>LLC, a Florida limited liability | |
| 25 | company, and DOES 1 through 20,<br>inclusive, | |
| 26 | Defendants. | |

603315046

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

1  Additional counsel for Defendants:

2  **EDINGER LEONARD & BLAKLEY, PLLC**
   Ryan Leonard (*Pro Hac Vice* app. to be submitted)
3      rleonard@elbattorneys.com
   6301 N. Western Avenue, Suite 250
4  Oklahoma City, Oklahoma  73118
   Telephone: (405) 702-9900
5  Facsimile:  (405) 605-8381

6  **BOIES SCHILLER FLEXNER LLP**
   Edward H. Takashima (SBN 270945)
7      etakashima@bsfllp.com
   725 S. Figueroa Street, 31st Floor
8  Los Angeles, California 90017
   Telephone:  (213) 629-9040
9  Facsimile:  (213) 629-9022

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

603315046

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Defendants ABS Health Care Services, LLC, Health Option One LLC, and My Agent Solution, LLC's ("Defendants") Motion to Dismiss for Failure to State a Claim came for hearing before this Court on November 1, 2021, at 10:00 a.m. After full consideration of Defendants' Motion, the Memorandum of Points and Authorities, and Request for Judicial Notice in support thereof, and all other papers and arguments presented, and good cause appearing, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss is **GRANTED.**

Whereas Plaintiffs McLaren Insurance Solutions, LLC and Maxim Health, Inc. ("Plaintiffs") do not adequately plead their claims sounding in fraud under Rule 9(b)'s heightened pleading standard, *Vess v. Ciba-Geigy Corp.*, 317 F.3d 1097, 1106 (9th Cir. 2003), including because Plaintiffs fail to specify when the alleged fraudulent conduct took place (*id.*);

Whereas Plaintiffs fail to state a claim for a violation of Section 43(a) of the Lanham Act for false advertising because they (i) have not adequately alleged they fall within the zone of interests protected by the Lanham Act, *Lexmark International Inc. v. Static Components, Inc.*, 572 U.S. 118 (2014), and (ii) have not adequately alleged that Defendants' conduct was the proximate cause of Plaintiff's injury (*id.*);

Whereas Plaintiffs fail to state a claim for a violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*, because they (i) have not adequately alleged an economic injury, *Kwikset Corp. v. Super. Ct.*, 41 Cal. 4th 310, 322 (2011), (ii) have not adequately alleged that Defendants' conduct was the proximate cause of Plaintiffs' injury, *id.*, and (iii) have not adequately alleged entitlement to any cognizable relief under the UCL, *Cel-Tech Comms. Inc. v. Los Angeles Cellular Telephone Co.*, 20 Cal. 4th 163, 190 (1999); *Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1144-45 (2003);

//
//
//

**IT IS THEREFORE ORDERED** that all of Plaintiffs' claims are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

Dated: _____, 2021

_____
Hon. Michael W. Fitzgerald
United States District Judge