FRANK GOOCH III (CA Bar No. 70996)
Fgooch@cozen.com
MATTHEW E. LEWITZ (CA BAR NO. 325379)
Mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, California 90401-1000
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorney for Plaintiffs
*McLaren Insurance Solutions, LLC, and Maxim Health, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCLAREN INSURANCE SOLUTIONS, LLC, a California limited liability company, and MAXIM HEALTH, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABS HEALTHCARE SERVICES, LLC, a Florida limited liability company, and HEALTH OPTION ONE, LLC, a Florida limited liability company, MY AGENT SOLUTION, LLC, a Florida limited liability company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV-21-6066 (MWF)(AFM)<br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE, OF ACTION BASED UPON SETTLEMENT BY THE PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

It is hereby Stipulated by Plaintiffs McLaren Insurance Solutions, LLC and Maxim Health, Inc., and Defendants ABS Healthcare Services, LLC, Health Option One, LLC and My Agent Solution, LLC, by and through their attorneys of record that, as a result of a Confidential Settlement Agreement entered into by and among the Parties, this Court issue an Order dismissing this action, with prejudice, pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees.

Dated:   June 30, 2022

COZEN O'CONNOR

By: /s/ Frank Gooch III
Frank Gooch III
Attorneys for Plaintiffs
*McLaren Insurance Solutions LLC* and *Maxim Health, Inc.*

Dated:   June 30, 2022

KENDALL BRILL & KELLY, LLP

By: /s/ R. E. Dugdale
Robert E. Dugdale
Attorneys for Defendants
*ABS Healthcare Services, LLC, Healthcare Option One, LLC, and My Agent Solution, LLC*

LEGAL\58481048\2

2

STIP. OF DISMISSAL, WITH PREJUDICE, OF ACTION BASED UPON SETTLEMENT BY THE PARTIES PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(ii)
Case No. CV-21-6066 (MWF)(AFM)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 401 Wilshire Boulevard, Suite 850, Santa Monica, CA 90401-1000.

On July 12, 2022, I served true copies of the following document described as **STIPULATION OF DISMISSAL, WITH PREJUDICE, OF ACTION BASED UPON SETTLEMENT BY THE PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** on the interested parties in this action as follows*:*

| | |
|---|---|
| Nicole M. Cambeiro, Esq.<br>Robert E. Dugdale, Esq.<br>Kendall Brill and Kelly LLP<br>10100 Santa Monica Boulevard; Suite 1725<br>Los Angeles, CA 90067<br>Tel: (310) 566-2700<br>Email: ncambeiro@kbkfirm.com<br>rdugdale@kbkfirm.com | Attorneys for Defendants<br>*ABS Healthcare Services, LLC; Health Option One, LLC;* and *My Agent Solution, LLC* |
| David Boies, Esq.<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>Email: DBoies@BSFLLP.com | Attorneys for Defendants<br>*ABS Healthcare Services, LLC;* and *Health Option One, LLC* |

**BY CM/ECF:** Pursuant to Local Rule 5-3.2.1, the electronic filing of the above noted document constitutes service of that document on registered CM/ECF users, through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing and to the parties and counsel of record listed who are registered with the Court's CM/ECF system.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on July 12, 2022, at Santa Monica, California.

_____
M.L. Glenn