# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCLAREN INSURANCE SOLUTIONS, LLC, a California limited liability company, and MAXIM HEALTH, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABS HEALTHCARE SERVICES, LLC, a Florida limited liability company, and HEALTH OPTION ONE, LLC, a Florida limited liability company, MY AGENT SOLUTION, LLC, a Florida limited liability company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV-21-6066 (MWF)(AFM)<br><br>**[PROPOSED] ORDER** |

Good Cause appearing and at the request of the Parties, the Court hereby dismisses, with prejudice, this entire action, with each party to bear its own costs and attorney's fees.

Dated: July __, 2022

_____
Honorable Michael W. Fitzgerald
United States District Court Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 401 Wilshire Boulevard, Suite 850, Santa Monica, CA 90401-1000.

On July 12, 2022, I served true copies of the following document described as **[PROPOSED] ORDER** on the interested parties in this action as follows*:*

| | |
|---|---|
| Nicole M. Cambeiro, Esq.<br>Robert E. Dugdale, Esq.<br>Kendall Brill and Kelly LLP<br>10100 Santa Monica Boulevard; Suite 1725<br>Los Angeles, CA 90067<br>Tel:    (310) 566-2700<br>Email: ncambeiro@kbkfirm.com<br>           rdugdale@kbkfirm.com | Attorneys for Defendants<br>*ABS Healthcare Services, LLC; Health Option One, LLC;* and *My Agent Solution, LLC* |
| David Boies, Esq.<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>Email: DBoies@BSFLLP.com | Attorneys for Defendants<br>*ABS Healthcare Services, LLC;* and *Health Option One, LLC* |

**BY CM/ECF:** Pursuant to Local Rule 5-3.2.1, the electronic filing of the above noted document constitutes service of that document on registered CM/ECF users, through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing and to the parties and counsel of record listed who are registered with the Court's CM/ECF system.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on July 12, 2022, at Santa Monica, California.

_____
M.L. Glenn