JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCLAREN INSURANCE SOLUTIONS, LLC, a California limited liability company, and MAXIM HEALTH, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABS HEALTHCARE SERVICES, LLC, a Florida limited liability company, and HEALTH OPTION ONE, LLC, a Florida limited liability company, MY AGENT SOLUTION, LLC, a Florida limited liability company and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV-21-6066 MWF (AFMx)<br><br>**ORDER** |

Good cause appearing and at the request of the Parties, the Court hereby dismisses, with prejudice, this entire action, with each party to bear its own costs and attorney's fees.

Dated: July 13, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge